# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO GALLARDO, | ) | NO. ED CV 08-1236 FMO |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| S.A. HOLENCIK, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 20th day of July, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge